# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE SHIVERY, | : | |
|     Plaintiff, | : | Civil Action No. 4:22-CV-00873 |
| | : | |
| v. | : | |
| | : | Jury Trial Demanded |
| PENNSYLVANIA STATE UNIVERSITY, | : | |
| | : | |
|     Defendant. | : | |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Thomas G. Collins, Esquire, as counsel for Defendant, The Pennsylvania State University, in the above-captioned matter.

        Respectfully submitted,

By: */s/ Thomas G. Collins*
     Thomas G. Collins, Esq.
     I.D. #75896
     **Buchanan Ingersoll & Rooney PC**
     409 North Second Street, Suite 500
     Harrisburg, PA  17101
     Phone: (717) 237-4843
     Email: thomas.collins@bipc.com
     *Attorney for Defendant*

Date:  June 9, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2022, I served a true and complete copy of the foregoing document was transmitted via CM/ECF to the Court for filing and for service upon the following parties:

> Rahul Munshi, Esquire
> Stephen G. Console, Esquire
> Console Mattiacci Law, LLC
> 1525 Locust Street, 9th Floor
> Philadelphia, PA 19102
>
> *Counsel for Plaintiff*

> */s/ Thomas G. Collins*
> Thomas G. Collins