# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE SHIVERY, | : | |
|     Plaintiff, | : | Civil Action No. 4:22-CV-00873 |
| | : | |
| v. | : | |
| | : | Jury Trial Demanded |
| PENNSYLVANIA STATE UNIVERSITY, | : | |
| | : | |
|     Defendant. | : | |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Cheri A. Sparacino, Esquire, as co-counsel for Defendant, The Pennsylvania State University, in the above-captioned matter.

    Respectfully submitted,

By: */s/ Cheri A. Sparacino*
Cheri A. Sparacino, Esq.
I.D. #325868
**Buchanan Ingersoll & Rooney PC**
409 North Second Street, Suite 500
Harrisburg, PA  17101
Phone: (717) 237-4800
Email: cheri.sparacino@bipc.com
*Attorney for Defendant*

Date:  June 9, 2022

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 9, 2022, I served a true and complete copy of the foregoing document was transmitted via CM/ECF to the Court for filing and for service upon the following parties:

Rahul Munshi, Esquire
Stephen G. Console, Esquire
Console Mattiacci Law, LLC
1525 Locust Street, 9th Floor
Philadelphia, PA 19102

*Counsel for Plaintiff*

                                               */s/ Cheri A. Sparacino*
                                               Cheri A. Sparacino